IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Wiley Y. Daniel

Civil Action No. 01-cv-00012-WYD

RAMON ORTIZ-SALGADO,

      Applicant,

v.

GARY WATKINS, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

      Respondents.

---

## ORDER DIRECTING RETURN OF STATE COURT RECORD

---

Applicant Ramon Ortiz-Salgado is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Limon, Colorado, correctional facility. On January 8, 2002, I denied the instant habeas corpus application, and dismissed the action with prejudice. Judgment was entered on the same day. Mr. Ortiz-Salgado appealed.

On June 25, 2002, the United States Court of Appeals for the Tenth Circuit denied a certificate of appealability, denied leave to proceed *in forma pauperis* on appeal, and dismissed the appeal. On November 13, 2006, Mr. Ortiz-Salgado submitted *pro se* and the Court filed a letter asking me to determine if the state court record pertinent to the instant action still is in the possession of this court and, if so, to return the record to the Denver District Court.

A review of the docket report in this action reveals that the state court record (docket number 18) filed with this court on June 25, 2001, has not been returned to the Denver District Court.  Because this action was dismissed on appeal, I no longer require the state court record.  Accordingly, it is

ORDERED that the clerk of the court return the state court record (docket number 18) filed with this court on June 25, 2001, to the Denver District Court.

DATED at Denver, Colorado, this 1st day of December, 2006.

BY THE COURT:


s/ Wiley Y. Daniel
WILEY Y. DANIEL
United States District Judge